UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steve McGary Carroll

    v.                                    Case No. 21-cv-00139-PB

Robert Hazlewood, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 26, 2021. The Warden's motion for summary judgement (Doc. No. 6) is granted. Carroll's § 2241 petition (Doc. No. 1) is dismissed without prejudice. The Clerk shall enter judgment and close the case.

                                            /s/ Paul Barbadoro
                                          _____
                                          Paul Barbadoro
                                          United States District Judge

Date: July 7, 2021

cc:  Steve McGary Carroll, pro se
     Seth R. Aframe, Esq.